UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM,<br><br>                          Plaintiff,<br><br>         v.<br><br>BB6 SEATTLE LIMITED PARTNERSHIP,<br><br>                          Defendant. | C18-1659 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Pursuant to the parties' stipulation, docket no. 14, the deadline for defendant to file a responsive pleading or motion is EXTENDED to February 11, 2019.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1