1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM,<br><br>      Plaintiff,<br><br>  v.<br><br>BB6 SEATTLE LIMITED PARNTERSHIP,<br><br>      Defendant. | NO.  2:18-CV-01659-TSZ<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Noting Date: February 1, 2019 |

## I. STIPULATED MOTION FOR ORDER OF DISMISSLA WITH PREJUDICE

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them shall be dismissed with prejudice and without an award of costs or attorneys' fees to either party and without notice of presentation of the Order.

| **WASHINGTON CIVIL & DISABILITY ADVOCATE** | **HILLIS CLARK MARTIN & PETERSON P.S.** |
|---|---|
| /s/Conrad A. Reynoldson<br>Conrad A. Reynoldson<br>WSB# 48187<br>3513 NE 45th Street, Suite G<br>Seattle, WA 98105<br>(206) 855-3134<br>conrad@wacda.com<br>*Attorney for Plaintiff Zachary Meyer* | /s/Eric D. Lansverk<br>Eric D. Lansverk<br>WSBA #17218<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>Tel: (206) 623-1745; Fax: (206) 623-7789<br>E-mail: eric.lansverk@hcmp.com<br>*Attorney for Defendant BB6 Seattle Limited Partnership* |

## II. ORDER

Pursuant to the Stipulated Motion of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties to this lawsuit shall be dismissed with prejudice and without costs or attorneys' fees to either party.

DATED this _____ day of February, 2019.

_____
THOMAS S. ZILLY
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

| **WASHINGTON CIVIL & DISABILITY ADVOCATE** | **HILLIS CLARK MARTIN & PETERSON P.S.** |
|---|---|
| /s/Conrad A. Reynoldson<br>Conrad A. Reynoldson<br>WSB# 48187<br>3513 NE 45th Street, Suite G<br>Seattle, WA 98105<br>(206) 855-3134<br>conrad@wacda.com<br>*Attorney for Plaintiff Zachary Meyer* | /s/Eric D. Lansverk<br>Eric D. Lansverk<br>WSBA #17218<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>Tel: (206) 623-1745; Fax: (206) 623-7789<br>E-mail: eric.lansverk@hcmp.com<br>*Attorney for Defendant BB6 Seattle Limited Partnership* |